**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd., Ste. 301
Sherman Oaks, CA 91602
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
SERGIO A. AJANEL,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO A. AJANEL, | Case No.: 8:25-cv-00973-JDE |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant(s), | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SERGIO A. AJANEL, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible

1  and Plaintiff anticipates filing a Fed. R. Civ. P. 41 voluntary dismissal, with
2  prejudice, within sixty (60) days.

5                                RESPECTFULLY SUBMITTED,
6  Dated: July 15, 2025            **MARTIN & BONTRAGER, APC**

8                                By: /s/ G. Thomas Martin, III
9                                G. Thomas Martin, III
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.