## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-00973-JDE | Date | September 17, 2025 |
|---|---|---|---|
| Title | Sergio Ajanel v. Experian Information Solutions, Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers) Order Closing Case **[JS-6]**

Plaintiff filed the Complaint in this action on May 8, 2025. Dkt. 1.

On July 15, 2025, Plaintiff filed a Notice of Settlement, stating "the parties have reached a settlement of the instant matter," with Plaintiff anticipating filing a dismissal with prejudice within 60 days. Dkt. 15 ("Notice").

Based on the Notice, the Court issued an order directing that the Court "retains jurisdiction over the matter for 60 days, with Plaintiff to file a dismissal within 60 days. The Court will administratively close the case without further notice if no dismissal is filed within 60 days." Dkt. 16 ("Order").

More than 60 days have passed since the Order and no request for dismissal or other document has been filed by any party. As such, per the Order, the Court's jurisdiction over this matter has ended and the Clerk is directed to administratively close this case (JS-6).

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|